**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JUAN ANTONIO GARCIA ROMAN,

Petitioner,

v.

JAMES JANECKA, WARDEN OF DESERT VIEW FACILITY, et al.,

Respondents.

Case No. 5:26-CV-03275-RGK-CTS

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge.

The time for filing objections has expired, and no objections have been made. IT THEREFORE IS ORDERED that:

1. The Report and Recommendation is accepted and adopted;
2. The Petition is GRANTED as to Claim One to the extent it seeks a finding that Petitioner is entitled to an individualized bond hearing under 8 U.S.C. § 1226(a);

3. Respondents are enjoined from continuing to detain Petitioner Juan Antonio Garcia Roman (A 246-061-309) unless he is provided with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) within seven (7) days of the date of this order; and
4. The parties must file a joint status report within fourteen (14) days of the date of this order, which must discuss the results of any bond hearing held and address the question of whether the remainder of the Petition has been rendered moot.

DATED: July 23, 2026

Gary Klausner

HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE