JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

JUAN ANTONIO GARCIA ROMAN,

Petitioner,

v.

JAMES JANECKA, WARDEN OF DESERT VIEW FACILITY, et al.,

Respondents.

Case No. 5:26-cv-03275-RGK-CTS

**JUDGMENT**

IT IS HEREBY ADJUDGED that the petition under 28 U.S.C. § 2241 is granted. The Clerk shall enter judgment accordingly.

DATED: 7/30/2026

HON. R. GARY KLAUSNER
United States District Judge